# United States District Court

CENTRAL _____ DISTRICT OF _____ ILLINOIS

NECA-IBEW WELFARE TRUST FUND,

    Plaintiff,

V.

K.M. ELECTRICAL, INC.,
an Indiana corporation,

    Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07-2167

TO: (Name and address of defendant)

    Kenan Muehlbauer, President - PERSONAL SERVICE ONLY
    1511 North Garvin Street
    Evansville, IN 47711
    (812) 422-5700

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    James P. Moody
    Cavanagh & O'Hara
    407 East Adams Street
    Springfield, IL 62701
    (217) 544-1771

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

s/John M. Waters
CLERK

9-14-07
DATE

s/S. Johnson
(BY) DEPUTY CLERK