# United States District Court

CENTRAL DISTRICT OF ILLINOIS

NECA-IBEW WELFARE TRUST FUND,

    Plaintiff,

V.

K.M. ELECTRICAL, INC.,
an Indiana corporation,

    Defendant.

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 07-2167

TO: (Name and address of defendant)

Kenan Muehlbauer, President - PERSONAL SERVICE ONLY
1511 North Garvin Street
Evansville, IN 47711
(812) 422-5700

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

James P. Moody
Cavanagh & O'Hara
407 East Adams Street
Springfield, IL 62701
(217) 544-1771

an answer to the complaint which is herewith served upon you, within ___twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

s/John M. Waters
CLERK

9-14-07
DATE

s/S. Johnson
(BY) DEPUTY CLERK



# OFFICE OF
## Sheriff of Vanderburgh County

**Command Post**
5607 Hwy. 41 North • Evansville, IN 47711
(812) 435-5713

**Eric Williams**
Sheriff

**David Wedding**
Chief Deputy

**Steve Bequette**
Major • Confinement
**Scott Molden**
Major • Field Operations
**John Strange, III**
Major • Administration

STATE OF INDIANA              )
                              )
COUNTY OF VANDERBURGH         )

I, **B.H. Justice**, hereby certify that I am a deputy sheriff/process server for Vanderburgh County, State of Indiana; that I am not a party to the action in which the **Summons and Complaint** were issued. I further certify that I have duly served the within orders on the defendant, **Kenan Muehlbauer**, by leaving a copy thereof and also a copy of the **Summons and Complaint** in this cause with said defendant personally on the **24th** day of **October, 2007** at **6:56 PM** at the following address **3128 Allens Lane**, county of Vanderburgh, state of Indiana.

Dated this **24th** day of **October, 2007**.


**B.H. Justice**
_____
**Deputy Sheriff/Process Server**


SUBSCRIBED and sworn to me before this **24th** day of **October 2007**.

_____  **SIGNATURE REDACTED**   6-1-2012
Notary Public                                         My Commission Expires

County of Residence: Vanderburgh


D.A.R.E. TO RESIST DRUGS