IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| NECA-IBEW WELFARE TRUST FUND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 07-2167 |
| | ) | |
| K.M. ELECTRICAL, INC., | ) | |
| an Indiana corporation, | ) | |
| | ) | |
| Defendant. | ) | |

## REQUEST FOR ENTRY OF DEFAULT

NOW COMES Plaintiff, NECA-IBEW WELFARE TRUST FUND, by and through its attorneys, Cavanagh & O'Hara, and for its Request for Entry of Default, states as follows:

1. That the Complaint in this matter was filed on September 14, 2007.

2. That on October 24, 2007, Kenan Muehlbauer, President of Defendant, K. M. ELECTRICAL, INC., was duly served by the Vanderburgh County, Indiana, Sheriff's Department with said Complaint and Summons.

3. That the Defendant has failed to file a responsive pleading within the statutory time frame.

4. The Affidavit of James P. Moody in Support of the Motion for Default Judgment is attached hereto as **Exhibit A**.

WHEREFORE, Plaintiff, NECA-IBEW WELFARE TRUST FUND, prays that this Court enter Default Judgment against Defendant, K. M. ELECTRICAL, INC., and in favor of Plaintiff.

NECA-IBEW WELFARE TRUST FUND,
Plaintiff,

By:    s/ James P. Moody

**CAVANAGH & O'HARA**
407 East Adams
P. O. Box 5043
Springfield, IL  62705
Telephone:  (217) 544-1771
Facsimile:  (217) 544-5236
jim@cavanagh-ohara.com

**PROOF OF SERVICE**

      The undersigned hereby certifies that a copy of the foregoing instrument was served upon each of the addressees hereinafter set forth by enclosing the same in an envelope plainly addressed to each of said addressees affixing first-class postage thereto and depositing the same with the United States Mail at Springfield, Illinois on the 15th day of November 20075:

| | |
|---|---|
| Kenan Muehlbauer | Kenan Muehlbauer |
| K.M. Electrical, Inc. | K.M. Electrical, Inc. |
| 1511 North Garvin Street | 3128 Allens Lane |
| Evansville, IN  47724 | Evansville, IN 47724 |

and that the original was filed with the Clerk of the Court in which said cause is pending.

                                                  By:     s/ James P. Moody

                                                  **CAVANAGH & O'HARA**
                                                  407 East Adams
                                                  P. O. Box 5043
                                                  Springfield, IL  62705
                                                  Telephone:  (217) 544-1771
                                                  Facsimile:  (217) 544-5236
                                                  jim@cavanagh-ohara.com

E-FILED
Thursday, 15 November, 2007  09:23:59 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| NECA-IBEW WELFARE TRUST FUND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 07-2167 |
| | ) | |
| K.M. ELECTRICAL, INC., | ) | |
| an Indiana corporation, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>AFFIDAVIT IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT</u>**

JAMES P. MOODY, being first duly sworn, on oath states that he is one of the attorneys for the above-referenced Plaintiff and in such capacity represents the Plaintiff in the above-entitled and numbered action;

That on October 24, 2007, Kenan Muehlbauer, President of Defendant, K.M. ELECTRICAL, INC., was duly served by the Vanderburgh, Indiana, Sheriff's Department with said Complaint and Summons; that a copy of the Proof of Service of Summons is attached hereto and made a part hereof as **Exhibit A-1**; that the said Defendant has failed to appear, plead, or otherwise defend herein within the time allowed and is therefore in default; that to his best information and belief, the Defendant is not an infant or incompetent person and not in the military service within the purview of the Soldiers' and Sailors' Civil Relief Act of 1940, as amended; that the claim of Plaintiff, NECA-IBEW PENSION TRUST FUND, is for delinquent contributions for the months of October 2005 through July 2006 in the amount of $17,829.49 and an underpayment for the month of December 2004 in the amount of $242.85; for delinquent contribution report forms and applicable contributions for the months of April through June 2007; penalties and interest assessed due to the continuous late



reporting of contributions for the months of February through May 2004, April through September 2005, October 2006, December 2006 and February and March 2007 in the amount of $1,742.26 and attorney fees and costs to date in the amount of $5,633.00, as shown by **Exhibit A-2**, attached hereto and incorporated herein. That this Affidavit is made for the purpose of requesting that Default Judgment be entered against the Defendant, K.M. ELECTRICAL, INC.

                                                  s/ James P. Moody
                                                  JAMES P. MOODY
                                                  **CAVANAGH & O'HARA**
                                                  407 East Adams
                                                  P. O. Box 5043
                                                  Springfield, IL  62705
                                                  Telephone:  (217) 544-1771
                                                  Facsimile:  (217) 544-5236
                                                  jim@cavanagh-ohara.com

Subscribed and sworn to before me this 15th day of November 2007

*[SIGNATURE REDACTED]*
NOTARY PUBLIC

"OFFICIAL SEAL"
PATRICIA J. ROBINSON
Notary Public, State of Illinois
My Commission Expires Feb. 16, 2010

2:07-cv-02167-MPM-DGB #8  Page 1 of 2

E-FILED
Thursday, 15 November, 2007 03:59:01 PM
Clerk, U.S. District Court, ILCD

Tuesday, 18 September, 2007 03:19:06 PM
Clerk, U.S. District Court, ILCD

# United States District Court

__CENTRAL__ DISTRICT OF __ILLINOIS__

NECA-IBEW WELFARE TRUST FUND,

    Plaintiff,

V.

K.M. ELECTRICAL, INC.,
an Indiana corporation,

    Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07-2167

TO: (Name and address of defendant)

Kenan Muehlbauer, President - PERSONAL SERVICE ONLY
1511 North Garvin Street
Evansville, IN 47711
(812) 422-5700

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

James P. Moody
Cavanagh & O'Hara
407 East Adams Street
Springfield, IL 62701
(217) 544-1771

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

s/John M. Waters
CLERK

9-14-07
DATE

s/S. Johnson
(BY) DEPUTY CLERK

EXHIBIT A-1



## OFFICE OF
## Sheriff of Vanderburgh County

**Command Post**
5607 Hwy. 41 North • Evansville, IN 47711
(812) 435-5713

**Eric Williams**
Sheriff

**David Wedding**
Chief Deputy

**Steve Bequette**
Major • Confinement
**Scott Molden**
Major • Field Operations
**John Strange, III**
Major • Administration

STATE OF INDIANA            )
                            )
COUNTY OF VANDERBURGH       )

I, **B.H. Justice**, hereby certify that I am a deputy sheriff/process server for Vanderburgh County, State of Indiana; that I am not a party to the action in which the **Summons and Complaint** were issued. I further certify that I have duly served the within orders on the defendant, **Kenan Muehlbauer**, by leaving a copy thereof and also a copy of the **Summons and Complaint** in this cause with said defendant personally on the **24th** day of **October, 2007** at **6:56 PM** at the following address **3128 Allens Lane**, county of Vanderburgh, state of Indiana.

Dated this **24th** day of **October, 2007**.

**B.H. Justice**
_____
**Deputy Sheriff/Process Server**

SUBSCRIBED and sworn to me before this **24th** day of **October 2007**.

_____   **SIGNATURE REDACTED**   **6-1-2012**
Notary Public                                       My Commission Expires

County of Residence: Vanderburgh



D.A.R.E. TO RESIST DRUGS

E-FILED
Thursday, 15 November, 2007 09:24:28 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| NECA-IBEW WELFARE TRUST FUND, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | No. |
| K.M. ELECTRICAL, INC., an Indiana corporation, | ) ) ) ) | |
| Defendant. | ) | |

### AFFIDAVIT IN SUPPORT OF ATTORNEY FEES

I, JAMES P. MOODY, having first been duly sworn on oath, state that the following itemization accurately represents the time and costs expended by me in this cause:

| DATE | DESCRIPTION | TIME |
|---|---|---|
| 01/24/06 | Letter to Kenan Muehlbauer enclosing Judgment and Order via certified and regular mail; update Delinquency Status Report; calendar response. | .65 |
| 02/10/06 | Review file re: status; Final Notice via certified and regular mail; update Status Report; calendar response. | .70 |
| 03/06/06 | Review file re: status of payment; telephone conference with Kenan Muelbauer re: same; left message. | .10 |
| 03/15/06 | Review file re: status of payment; preparation of Citation to Discover Assets; telephone conference with Judge Bernthal's clerk to schedule Citation hearing; update Status Report. | .85 |
| 04/03/06 | Telephone conference with Vanderburgh County Sheriff re: service fee. | .60 |
| | Review file; review of Citation; update Status Report. | .90 |
| 04/07/06 | Received and reviewed issued Citation to Discover Assets; letter to Vanderburgh County Sheriff for service; letter to Areawide Reporting enclosing Citation. | 1.10 |



| Date | Description | Hours |
|---|---|---|
| 04/24/06 | Telephone conference with Vanderburgh County Sheriff's Department re: service of Citation. | .10 |
| 04/25/06 | Received and reviewed Order granting Plaintiff's oral motion to vacate Citation hearing. | .10 |
| | Telephone conference with Judge Bernthal's clerk to cancel Citation hearing due to inability to effectuate service; telephone conference with Areawide Reporting to cancel. | .20 |
| 04/26/06 | Preparation of fax to Larry Scott, Business Manager for Local 16, re: addresses and information on Kenan Muehlbauer. | .20 |
| 04/28/06 | Received and reviewed Affidavit of Service from Vanderburgh County Sheriff's Department | .10 |
| 05/02/06 | Review files re: status; update Delinquency Status Report. | .10 |
| | Revise Amended Citation; letter to U.S. District Court to issue same. | .60 |
| | Telephone conference with Judge Bernthal's clerk re: rescheduling Citation. | .10 |
| 05/04/06 | Received and reviewed Notice of Hearing. | .10 |
| 05/08/06 | Received and reviewed issued Citation; telephone conference with Areawide Court Reporting re: Citation; letter to Sheriff for service; letter to Areawide enclosing Citation. | 1.20 |
| 05/22/06 | Received and reviewed Affidavit of Service from Vanderburgh County Sheriff; Conversion, redaction of signatures and e-filing of same; update Delinquency Status Report. | .65 |
| | Received and reviewed file-stamped Affidavit of Service. | .10 |
| 06/12/06 | Review file and prepare for Citation of company president. | .30 |
| 06/13/06 | Attend Citation to Discover Assets hearing. | 3.00 |
| | Received and reviewed docket entry re: Citation hearing held; no appearance by Defendant; oral Motion for Rule to Show Cause granted; calendared; preparation of Order for Rule to Show Cause; email to Judge; update Delinquency Status Report. | .85 |
| 06/14/06 | Review and revise draft Order for Rule to Show Cause. | .30 |
| 07/07/06 | Received and reviewed Text Order from Court resetting Rule to Show Cause; calendared; received and reviewed Order for Rule to Show Cause; letter to Vanderburgh County Sheriff's re: service. | .65 |

| Date | Description | Hours |
|---|---|---|
| 07/31/06 | Received and reviewed Affidavit of Service; conversion and electronic filing with U.S. District Court of same. | .50 |
| | Received and reviewed file-stamped Affidavit of Service. | .10 |
| 08/21/06 | Received and reviewed oral Motion resetting Rule to Show Cause; received and reviewed Oral Motion for Warrant; received and reviewed minute entry re: hearing held; reset; calendar date; update Delinquency Status Report. | .40 |
| | Prepare for and attend hearing on Rule to Show Cause. | 2.00 |
| 08/28/06 | Received and reviewed minute entry resetting Rule to Show Cause; calendared; update Delinquency Status Report. | .40 |
| | Finalize letter to Kenan Muehlbauer re: Rule to Show Cause hearing. | .30 |
| 10/05/06 | Attend Court for Rule to Show Cause. | 4.00 |
| | Received and reviewed text order re: Rule to Show Cause held; update Delinquency Status Report. | .20 |
| 11/08/06 | Received and reviewed text order re: writ of body attachment. | .10 |
| 11/13/06 | Received and reviewed minute entry re: writ of body attachment held; Citation to Discover Assets scheduled; calendared; update Delinquency Status Report. | .20 |
| | Attend Court - Rule to Show Cause hearing. | 2.50 |
| 11/14/06 | Preparation of fax agreement to Fund Office. | .20 |
| 12/18/06 | Review of payment plan; telephone conference with Bob Williams and Paul Green from Local 16; draft letter to Bob Williams. | 1.00 |
| | Received and reviewed Text Order vacating Citation to Discover Assets hearing. | .10 |
| 12/19/06 | Review file; update Delinquency Status Report re: payment plan. | .15 |
| 03/05/07 | Review file and revise Delinquency Status Report. | .10 |
| 03/07/07 | Received and reviewed fax from Business Manager from Local 16 - Paul Green re: payments. | .20 |
| 04/19/07 | Received and reviewed email from Patrick re: action to be taken on files pursuant to request of Welfare Fund. | .10 |
| 07/27/07 | Review file; preparation of Second Amended Citation to Discover Assets. | .85 |

| | | |
|---|---|---|
| 08/06/07 | Email Fund Office re: current breakdown. | .10 |
| 08/07/07 | Received and reviewed email from Fund Office re: current breakdown; review file; response to Fund Office. | .60 |
| 08/30/07 | Research Secretary of State for corporate information; preparation of Complaint, Civil Cover Sheet; Certificate of Interest and Summons; assemble exhibits. | 1.50 |
| 09/11/07 | Preparation of Affidavit in Support of Attorney Fees. | 1.00 |
| | Telephone conference with Vanderburgh County Sheriff's Department regarding service fee. | .10 |
| | Final review of Complaint with exhibits, Civil Cover Sheet, Certificate of Interest, Summons. | .40 |
| | Revise and finalize Complaint, Summons, Certificate of Interest, Civil Cover Sheet; assembly of full Complaint with exhibits; Email to U.S. District Court for opening of new case. | 1.00 |
| 09/13/07 | Received and reviewed file-stamped Complaint with exhibits; update Delinquency Status Report. | .30 |
| 09/17/07 | Received and reviewed issued Summons; letter to Vanderburgh, Indiana, County Sheriff's Office enclosing Summons and Complaint for service. | .60 |
| 09/19/07 | Received and reviewed email from Fund Office; research U.S. Bankruptcy Court in Indiana for filing; email Fund Office. | .60 |
| 09/25/07 | Received and reviewed returned mail; telephone conference with Vanderburgh County Sheriff's Office re: new address. | .30 |
| 10/18/07 | Received and reviewed Summons - nonservice; telephone conference with Vanderburgh County Sheriff's Office re: same. | .20 |
| | Letter to Vanderburgh County Sheriff's Office enclosing Summons and Complaint for service at new address. | .50 |
| 10/30/07 | Received and reviewed Affidavit of Service; redaction of signatures, scanning and conversion; e-file same; calendar Answer; update Status Report. | .10 |
| | Received and reviewed file-stamped Affidavit of Service. | .10 |
| 11/13/07 | Review file; preparation of Request for Entry of Default; Affidavit in Support of Motion for Default; proposed Order. | 1.50 |
| | Revise Affidavit in Support of Attorney Fees. | .50 |
| | Final review of Request for Entry of Default with attachments. | .40 |

| | | |
|---|---|---:|
| 11/08/07 | Finalize and e-file Request for Entry of Default; email proposed Order to Judge. | 1.00 |

| | |
|---|---:|
| TOTAL HOURS 12 x $90.00 PER HOUR | $1,080.00 |
| TOTAL HOURS 11.55 $100.00 PER HOUR | 1,155.00 |
| TOTAL HOURS 14 x $185.00 PER HOUR | 2,590.001 |
| TOTAL HOURS 1.0 x $195.00 PER HOUR | 95.00 |

| | | |
|---|---|---:|
| 04/07/06 | Vanderburgh, Indiana, Sheriff Fee. | $42.00 |
| 05/09/06 | Vanderburgh, Indiana, Sheriff Fee. | 42.00 |
| 07/06/06 | Vanderburgh, Indiana, Sheriff Fee. | 42.00 |
| | Areawide Reporting Service | 75.00 |
| 09/11/07 | U.S. District Court | 350.00 |
| 09/11/07 | Vanderburgh, Indiana, County Sheriff | 62.00 |

**TOTAL AMOUNT DUE**     **$5,633.00**

FURTHER THIS AFFIANT SAYETH NAUGHT.

           s/ James P. Moody
           JAMES P. MOODY
           **CAVANAGH & O'HARA**
           Attorneys for Plaintiff
           407 East Adams
           P. O. Box 5043
           Springfield, IL 62705
           Telephone: (217) 544-1771
           Facsimile: (217) 544-5236
           jim@cavanagh-ohara.com

SUBSCRIBED and SWORN to before me this 15th day of November 2007.

      **SIGNATURE REDACTED**
      NOTARY PUBLIC

"OFFICIAL SEAL"
PATRICIA J. ROBINSON
Notary Public, State of Illinois
My Commission Expires Feb. 16, 2010

F:\files\NECA-IBE\DELIQ\K.M. Electrical, Inc\2007\A-fee.wpd