UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

---

| | |
|---|---|
| **NECA-IBEW WELFARE TRUST FUND,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| v. ) | **Case No. 07-CV-2167** |
| ) | |
| **K.M. ELECTRICAL, INC.,** an ) | |
| **Indiana corporation,** ) | |
| ) | |
| **Defendant.** ) | |

### ORDER

On September 14, 2007, Plaintiff, NECA-IBEW Welfare Trust Fund, filed a Complaint (#1) against Defendant, K.M. Electrical, Inc. On October 30, 2007, Plaintiff filed a Summons (#3) which showed that Defendant was served with Summons and a copy of the Complaint on October 24, 2007.

On November 15, 2007, Plaintiff filed a Request for Entry of Default (#4) and attached the Affidavit of James P. Moody in Support of Motion for Default Judgment with attached supporting documentation. Plaintiff requested that this court enter default against Defendant. This court concludes that the record shows that Defendant was served with summons and a copy of the Complaint and has not filed a responsive pleading within the required time frame. Accordingly, Plaintiff's Request for Entry of Default (#4) is GRANTED.

IT IS THEREFORE ORDERED THAT:

(1) Plaintiff's Request for Entry of Default (#4) is GRANTED. Default is entered against Defendant, K.M. Electrical, Inc.

(2) This cause of action is subject to dismissal for failure to prosecute unless, within fourteen

(14) days of the entry of this Order, Plaintiff makes application to this court for the entry of a default judgment against Defendant.

ENTERED this ___15th___ day of _____November_____, 2007.

s/Michael P. McCuskey

MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE