**E-FILED**
Thursday, 29 November, 2007  02:02:52 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| NECA-IBEW WELFARE TRUST FUND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.  07-2167 |
| | ) | |
| K.M. ELECTRICAL, INC., | ) | |
| an Indiana corporation, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR DEFAULT JUDGMENT**

NOW COMES Plaintiff, NECA-IBEW WELFARE TRUST FUND, by and through its attorneys, Cavanagh & O'Hara, and moves this Court for a Default Judgment against the Defendant, K.M. ELECTRICAL, INC., and in support thereof, states:

1.      That the Complaint in this matter was filed on September 14, 2007.

2.      That on October 24, 2007, Kenan Muehlbauer, President of Defendant, K. M. ELECTRICAL, INC., was duly served by the Vanderburgh County, Indiana, Sheriff's Department with said Complaint and Summons.

3.      That the Defendant has failed to file a responsive pleading within the time frame allowed by this Honorable Court.

4.      That this Honorable Court entered an Order of Default on November 15, 2007.

5.      Attached hereto and incorporated herein as **Exhibit A** is the Affidavit of Tari Stower attesting to the amount of damages in this case.

6.      That Plaintiffs is entitled to attorney fees incurred in this matter.  Attached hereto and incorporated herein as **Exhibit B** is the Amended Affidavit in Support of Attorney Fees of James

P. Moody.

WHEREFORE, Plaintiff prays for Judgment against the Defendant, K.M. ELECTRICAL, INC., as follows:

A.      That Defendant be ordered to remit delinquent contribution report forms and applicable contributions for the months of April through June 2007;

B.      That Judgment be entered in favor of the Plaintiff and against the Defendant for payment of delinquent contributions for the months of October 2005 through July 2006 in the amount of $17,829.49 and an underpayment for the month of December 2004 in the amount of $242.85;

C.      That Judgment be entered in favor of the Plaintiff and against the Defendant for payment of penalties and interest assessed due to the continuous late reporting of contributions for the months of February through May 2004, April through September 2005, October 2006, December 2006 and February and March 2007 in the amount of $1,742.26;

D       That Defendant be decreed to pay to Plaintiff its attorney fees in the amount of $2,026.00, as provided by the trust agreements and ERISA, 29 U.S.C. Section 1132(g)(2);

E.      That Defendant be decreed to pay all costs attendant to the cost of these proceedings; and

F.      That Plaintiff be awarded such other and further relief as the Court deems just and equitable, all at Defendant's cost.

NECA-IBEW WELFARE TRUST FUND, Plaintiff,

By: ____ s/ James P. Moody _____

**CAVANAGH & O'HARA**
407 East Adams

P. O. Box 5043
Springfield, IL  62705
Telephone:  (217) 544-1771
Facsimile:  (217) 544-5236
jim@cavanagh-ohara.com

## PROOF OF SERVICE

The undersigned hereby certifies that a copy of the foregoing instrument was served upon each of the addressees hereinafter set forth by enclosing the same in an envelope plainly addressed to each of said addressees affixing first-class postage thereto and depositing the same with the United States Mail at Springfield, Illinois on the 29th day of November 2007:

| | |
|---|---|
| Kenan Muehlbauer | Kenan Muehlbauer |
| K.M. Electrical, Inc. | K.M. Electrical, Inc. |
| 2210 N. Grand Avenue | 3128 Allens Lane |
| Evansville, IN  47711-3806 | Evansville, IN 47724 |

and that the original was filed with the Clerk of the Court in which said cause is pending.

By: ____ s/ James P. Moody _____

**CAVANAGH & O'HARA**
407 East Adams
P. O. Box 5043
Springfield, IL  62705
Telephone:  (217) 544-1771
Facsimile:  (217) 544-5236
jim@cavanagh-ohara.com

**E-FILED**
Thursday, 29 November, 2007  02:03:11 PM
Clerk, U.S. District Court, ILCD

STATE OF ILLINOIS          )
                           ) SS
COUNTY OF SANGAMON         )

## AFFIDAVIT OF TARI STOWER

The undersigned, TARI STOWER, being first duly sworn on oath, deposes and states:

1.      That I am an employee of NECA-IBEW Welfare Trust Fund, the Plaintiff in this case, Case No. 07-2167.

2.      That as part of my job responsibility, I receive and process monthly report forms from signatory employers who are required to make contributions to the NECA-IBEW Welfare Trust Fund.

3.      That I received the monthly report forms from K.M. Electrical, Inc., which detailed its employees and the hours worked.  That the monthly report forms were submitted late and there are delinquent contributions, penalties and interest owed by K.M. Electrical, Inc., for the months of October 2005 through July 2006 in the amount of $17,829.49 and an underpayment for the month of December 2004 in the amount of $242.85; for delinquent contribution report forms and applicable contributions for the months of April through June 2007; penalties and interest assessed due to the continuous late reporting of contributions for the months of February through May 2004, April through September 2005, October 2006, December 2006 and February and March 2007 in the amount of $1,742.26 to the NECA-IBEW WELFARE TRUST FUND, for a total amount due of $19,814.60.



**SIGNATURE REDACTED**

TARI STOWER



EXHIBIT
A

Subscribed and sworn to before me this 15th day of November 2007.

SIGNATURE REDACTED

NOTARY PUBLIC

F:\files\NECA-IBE\DELIQ\K.M. Electrical, Inc\2007\A-ts.wpd

OFFICIAL SEAL
LUANN HEISERMAN
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:04/05/08

E-FILED
Thursday, 29 November, 2007  02:03:25 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| NECA-IBEW WELFARE TRUST FUND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 07-2167 |
| | ) | |
| K.M. ELECTRICAL, INC., | ) | |
| an Indiana corporation, | ) | |
| | ) | |
| Defendant. | ) | |

**AFFIDAVIT IN SUPPORT OF ATTORNEY FEES**

I, JAMES P. MOODY, having first been duly sworn on oath, state that the following itemization accurately represents the time and costs expended by me in this cause:

| DATE | DESCRIPTION | TIME |
|---|---|---|
| 08/06/07 | Email Fund Office re: current breakdown. | .10 |
| 08/07/07 | Received and reviewed email from Fund Office re: current breakdown; review file; response to Fund Office. | .60 |
| 08/30/07 | Research Secretary of State for corporate information; preparation of Complaint, Civil Cover Sheet; Certificate of Interest and Summons; assemble exhibits. | 1.50 |
| 09/11/07 | Preparation of Affidavit in Support of Attorney Fees. | 1.00 |
| | Telephone conference with Vanderburgh County Sheriff's Department regarding service fee. | .10 |
| | Final review of Complaint with exhibits, Civil Cover Sheet, Certificate of Interest, Summons. | .40 |
| | Revise and finalize Complaint, Summons, Certificate of Interest, Civil Cover Sheet; assembly of full Complaint with exhibits; Email to U.S. District Court for opening of new case. | 1.00 |
| 09/13/07 | Received and reviewed file-stamped Complaint with exhibits; update Delinquency Status Report. | .30 |



EXHIBIT
B

| | | |
|---|---|---|
| 09/17/07 | Received and reviewed issued Summons; letter to Vanderburgh, Indiana, County Sheriff's Office enclosing Summons and Complaint for service. | .60 |
| 09/19/07 | Received and reviewed email from Fund Office; research U.S. Bankruptcy Court in Indiana for filing; email Fund Office. | .60 |
| 09/25/07 | Received and reviewed returned mail; telephone conference with Vanderburgh County Sheriff's Office re: new address. | .30 |
| 10/18/07 | Received and reviewed Summons - nonservice; telephone conference with Vanderburgh County Sheriff's Office re: same. | .20 |
| | Letter to Vanderburgh County Sheriff's Office enclosing Summons and Complaint for service at new address. | .50 |
| 10/30/07 | Received and reviewed Affidavit of Service; redaction of signatures, scanning and conversion; e-file same; calendar Answer; update Status Report. | .10 |
| | Received and reviewed file-stamped Affidavit of Service. | .10 |
| 11/13/07 | Review file; preparation of Request for Entry of Default; Affidavit in Support of Motion for Default; proposed Order. | 1.50 |
| | Revise Affidavit in Support of Attorney Fees. | .50 |
| | Final review of Request for Entry of Default with attachments. | .40 |
| 11/15/07 | Finalize and e-file Request for Entry of Default; email proposed Order to Judge. | 1.00 |
| | Preparation of Affidavit of Tari Stower; email same to her for signature and return. | .60 |
| | Received and reviewed file-stamped Request for Entry of Default. | .10 |
| 11/16/07 | Received and reviewed Order granting Request for Entry of Default; preparation of Motion for Default Judgment; proposed Order and Notice of Filing. | 1.60 |
| | Update Affidavit in Support of Attorney Fees. | .30 |
| | Received and reviewed Affidavit of Tari Stower; revise Motion for Default Judgment. | .20 |
| 11/19/07 | Final review of Motion for Default Judgment and attachments. | .40 |
| | Finalize and e-file Motion for Default Judgment; email proposed Order to Judge. | 1.00 |

TOTAL HOURS 13.8 $100.00 PER HOUR         $1,380.00
TOTAL HOURS 1.2 x $195.00 PER HOUR       234.00

09/11/07    U.S. District Court                              350.00
09/11/07    Vanderburgh, Indiana, County Sheriff     62.00

**TOTAL AMOUNT DUE**      **$2,026.00**

FURTHER THIS AFFIANT SAYETH NAUGHT.

_____s/ James P. Moody_____
JAMES P. MOODY
**CAVANAGH & O'HARA**
Attorneys for Plaintiff
407 East Adams
P. O. Box 5043
Springfield, IL  62705
Telephone:  (217) 544-1771
Facsimile:  (217) 544-5236
jim@cavanagh-ohara.com

SUBSCRIBED and SWORN to before me this 29TH  day of November 2007.



NOTARY PUBLIC

"OFFICIAL SEAL"
PATRICIA J. ROBINSON
Notary Public, State of Illinois
My Commission Expires Feb. 16, 2010

F:\files\NECA-IBE\DELIQ\K.M. Electrical, Inc\2007\A-fee.MDJ.wpd

**E-FILED**
Thursday, 29 November, 2007  02:03:44 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| NECA-IBEW WELFARE TRUST FUND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.  07-2167 |
| | ) | |
| K.M. ELECTRICAL, INC., | ) | |
| an Indiana corporation, | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF FILING OF PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT

TO:  Kenan Muehlbauer                    Kenan Muehlbauer
K.M. Electrical, Inc.                    K.M. Electrical, Inc.
2210 N. Grand Avenue                    3128 Allens Lane
Evansville, IN  47711-3806                    Evansville, IN 47724

NOTICE IS HEREBY GIVEN to you that the Plaintiff, NECA-IBEW WELFARE TRUST FUND, by and through its attorneys filed a Motion for Default Judgment against you on the 19th day of November 2007.

YOU ARE HEREBY NOTIFIED that the Honorable Court may rule on Plaintiff's Motion without further notice to you seven (7) days after filing.

DATED this 29th day of November 2007.

NECA-IBEW  WELFARE  TRUST  FUND,
Plaintiff,

By:     s/ James P. Moody

**CAVANAGH & O'HARA**
407 East Adams
P. O. Box 5043
Springfield, IL  62705
Telephone:  (217) 544-1771
Facsimile:  (217) 544-5236
jim@cavanagh-ohara.com