E-FILED
Friday, 30 November, 2007 02:24:51 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| **NECA-IBEW WELFARE TRUST FUND,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| v. ) | Case No. 07-CV-2167 |
| ) | |
| **K.M. ELECTRICAL, INC.,** an ) | |
| **Indiana corporation,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

On November 15, 2007, this court entered an Order (#5) which entered default against Defendant, K.M. Electrical, Inc. On November 29, 2007, Plaintiff, NECA-IBEW Welfare Trust Fund, filed a Motion for Default Judgment (#6). This court concludes that Plaintiff has submitted adequate documentation and is entitled to the relief requested.

IT IS THEREFORE ORDERED THAT:

(1) Plaintiff's Motion to Default Judgment (#6) is GRANTED.

(2) Judgment is entered in favor of Plaintiff and against Defendant as follows:

(A) Defendant is ordered to remit delinquent contribution report forms and applicable contributions for the months of April through June 2007.

(B) Defendant is ordered to pay delinquent contributions for the months of October 2005 through July 2006 in the amount of $17,829.49 and an underpayment for the month of December 2004 in the amount of $242.85.

(C) Defendant is ordered to pay penalties and interest assessed due to the continuous late reporting of contributions for the months of February through May 2004, April through

September 2005, October 2006, December 2006, and February and March 2007 in the amount of $1,742.26.

      (D) Defendant is ordered to pay Plaintiff its attorney fees and costs in the total amount of $2,026.00.

  (3) This case is terminated.

ENTERED this 30th day of November, 2007

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE