# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

# JUDGMENT IN A CIVIL CASE

**NECA-IBEW WELFARE TRUST FUND**

vs.                                                                Case Number: **07-2167**

**K M ELECTRICAL INC.**

☐ **DECISION BY THE COURT**.  This action came before the Court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** Judgment is entered in favor of Plaintiff and against Defendant as follows:  (A) Defendant is ordered to remit delinquent contribution report forms and applicable contributions for the months of April through June 2007.  (B) Defendant is ordered to pay delinquent contributions for the months of October 2005 through July 2006 in the amount of $17,829.49 and an underpayment for the month of December 2004 in the amount of $242.85.  (C) Defendant is ordered to pay penalties and interest assessed due to the continuous late reporting of contributions for the months of February through May 2004, April through September 2005, October 2006, December 2006, and February and March 2007 in the amount of $1,742.26.  (D) Defendant is ordered to pay Plaintiff its attorney fees and costs in the total amount of $2,026.00.

ENTER this 30th day of November, 2007

s/John M. Waters

_____
JOHN M. WATERS, CLERK

s/V. Ball

_____
BY:  DEPUTY CLERK