E-FILED
Friday, 04 January, 2008 03:52:16 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| NECA-IBEW WELFARE TRUST FUND, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 07-2167 ) |
| K.M. ELECTRICAL, INC., an Indiana corporation, | ) ) ) ) |
| Defendant. | ) |

## CITATION TO DISCOVER ASSETS

TO: Kenan Muehlbauer         Kenan Muehlbauer
K.M. Electrical, Inc.        K.M. Electrical, Inc.
2210 N. Grand Avenue         3128 Allens Lane
Evansville, IN  47711-3806   Evansville, IN 47724

**YOU ARE COMMANDED** to appear before the Honorable presiding Magistrate Judge David G. Bernthal in Courtroom C at the United States District Court, Central District, 201 South Vine, Urbana, Illinois on **February 26, 2008 at 1:30 p.m.** to be examined under oath concerning the property or income of, or indebtedness due the judgment creditors, NECA-IBEW WELFARE TRUST FUND.

On November 30, 2007, Judgment was entered in favor of the Plaintiff and against the Defendant to remit delinquent contribution report forms and applicable contributions for the months of April through June 2007, to pay delinquent contributions for the months of October 2005 through July 2006 in the amount of $17,829.49 and an underpayment for the month of December 2004 in the amount of $242.85, to pay penalties and interest assessed due to the continuous late reporting of contributions for the months of February through March 2007 in the amount of $1,742.26 and for attorney fees and costs in the amount of $2,026.00.

**YOU ARE COMMANDED** to produce all documents requested on the attached **Schedule A**, including, but not limited to, any and all books, papers or records in your possession or control which may contain information concerning the property or income of, or indebtedness of K.M. ELECTRICAL, INC.

**YOU ARE PROHIBITED** from making or allowing any transfer or other disposition of, or interfering with, any property not exempt from execution or garnishment belonging to the judgment debtor or to which he may be entitled or which may be acquired by or become due to him

and from paying over or otherwise disposing of any money not so exempt, which is due or becomes due to him, until the further order of court or termination of the proceedings. You are not required to withhold the payment of any money beyond double the amount of judgment.

### YOUR FAILURE TO COMPLY WITH THIS CITATION MAY SUBJECT YOU TO PUNISHMENT FOR CONTEMPT OF THIS COURT OR TO A JUDGMENT FOR THE AMOUNT UNPAID.

WITNESS, _January 4_, 2008.

(SEAL)

s/Pamela E. Robinson
_____
Clerk of Court

s/S. Johnson
Deputy Clerk

CAVANAGH & O'HARA
Attorneys for Plaintiffs
407 East Adams
Post Office Box 5043
Springfield, IL 62705
Telephone: (217) 544-1771
Facsimile: (217) 544-5236

## **SCHEDULE A**

1. Financial statements of K.M. ELECTRICAL, INC for 2005 and 2006.

2. All payroll records of K.M. ELECTRICAL, INC for the period from April 2007 through June 2007, including but not limited to Individual Payroll Records and Employee Time Records, Federal W-2 Forms, Federal 1099 Forms, Cash Disbursement Records, and Fringe Benefit Contribution Report Forms.

3. Federal and State Income Tax Returns for K.M. ELECTRICAL, INC for 2005 and 2006.

4. Detailed listing of account receivables for K.M. ELECTRICAL, INC as of December 31, 2007.

5. All documents relating to real estate owned in part or in toto by K.M. ELECTRICAL, INC.

6. All bank statements and investment statements for K.M. ELECTRICAL INC. for the period October 2007 through December 2007.

7. Titles or other documents pertaining to any motor vehicles, equipment, and/or boats owned in part or in toto by K.M. ELECTRICAL, INC.

8. Contribution report forms for the months of April through June 2007 for the NECA-IBEW Welfare Trust Fund.


F:\files\NECA-IBE\DELIQ\K.M. Electrical, Inc\2007\ctda.wpd