UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
Urbana Division

| | |
|---|---|
| NECA-IBEW WELFARE TRUST FUND, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>K M ELECTRICAL, INC., )<br>an Indiana corporation, )<br>)<br>Defendant. ) | Case No. 07-2167 |

## ORDER TO SHOW CAUSE

On February 26, 2008, at 1:30 p.m., a hearing was scheduled for a Citation to Discover Assets. Plaintiff appeared through Attorney John A. Wolters. No one appeared on behalf of the Defendant. The Court file reflects service on the corporation through Kenan Muehlbauer. Kenan Muehlbauer failed to appear.

The above facts are stated in accordance with 28 U.S.C. § 636(e) for a determination of whether the failure of Kenan Muehbauer for KM Electrical, Inc. to appear as ordered by this Court, constitutes civil contempt of this Court.

**IT IS ORDERED** that Kenan Muehbauer for KM Electrical, Inc. appear before the Honorable Michael P. McCuskey, Chief U.S. District Judge, Courtroom A, United States District Court, 201 South Vine Street, Urbana, Illinois on the **27th day of March, 2008, at 11:00 at a.m.** to show cause why she should not be found in contempt and punished for his failure to appear as directed by this Court on January 4, 2008.

The Clerk of Court is directed to mail via both the regular U.S. Postal service and with certified/return receipt U.S. Postal service, a copy of this Order to Show Cause to**:**

| | |
|---|---|
| Kenan Muehlbauer | Kenan Muehlbauer |
| KM Electrical, Inc. | KM Electrical, Inc. |
| 2210 N. Grand Avenue | 3128 Allens Lane |
| Evansville, IN 47711-3806 | Evansville, IN 47724 |

ENTER this 4th day of March, 2008.

                                            s/ DAVID G. BERNTHAL
                                            U.S. MAGISTRATE JUDGE