# Marilyn R. Ratliff
Attorney at Law
123 N.W. Fourth St. • Suite 304
Evansville, IN 47708
Telephone (812) 434-4918 Facsimile (812) 424-3526



March 27, 2008

VIA FACSIMILE (217) 373-5840

Hon. David G. Bernthal
United States Magistrate Judge
114 US Courthouse
201 S. Vine Street
Urbana, IL 61802

Re: NECA-IBEW Welfare Trust Fund v. K.M. Electrical, Inc.
Case Number: 2:05-cv-2228
07-2167

Dear Magistrate Bernthal:

    Yesterday afternoon, this office was contacted by Kenan Muehlbauer, about filing a personal bankruptcy, as well as one for K.M. Electrical, Inc. At the end of the meeting, he mentioned that he had been ordered to appear in your court today, at 11:00 a.m. to show cause why he should not be held in contempt. He is unable to travel to Urbana today and I have notified Plaintiff's counsel, John A. Wolters, by e-mail, late yesterday of this fact.

    On behalf of Mr. Muehlbauer, I request that this hearing be rescheduled at a later date, to give him an opportunity to complete the bankruptcy filing and I apologize for the lateness of this request.

Very truly yours,

Marilyn R. Ratliff

Cc: J. Wolters (via e-mail)
    K. Muehlbauer