IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| NECA-IBEW WELFARE TRUST FUND, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Nos. 07-2167 |
| | ) | |
| K.M. ELECTRICAL, INC., | ) | |
| an Indiana Corporation, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S MOTION TO TURN OVER ASSETS**

NOW COMES the Plaintiff, NECA-IBEW WELFARE TRUST FUND, by and through its attorneys, Cavanagh & O'Hara, and for its Motion to Turn Over Assets states as follows.

1. Plaintiff received a judgment against Defendant in case no. 05-2228 on January 1, 2006 for breach of Settlement Agreement in the amount of $6,978.88 and for attorneys fees in the amount of $4,027.75. Only the judgment for attorneys fees remains due and owing.

2. A Citation to Discover Assets was issued in case no. 05-2228 on April 6, 2006. An Amended Citation to Discover Assets was issued on May 4, 2006. The Miscellaneous Citation Hearing was set for June 13, 2006. Defendant was served on May 19, 2006, but failed to appear.

3. Defendant failed to appear at a Rule to Show Cause hearing on August 21, 2006 and the hearing was reset for October 5, 2006. Defendant failed to appear at the October 5, 2006 Rule to Show Cause hearing and a Writ of Body Attachment for contempt was issued with bond set at $3000.

4. On November 13, 2006 a Rule to Show Cause Hearing regarding the Writ of Body Attachment was held. Plaintiff requested that the $3000 bond be applied to the judgment, but the Court ordered the bond remain to ensure defendant's appearance at a later date.

5. The court now holds the $3000 paid by Defendant on November 9, 2006 with

        regard to the Writ of Body Attachment.

6. Plaintiff received a second judgment against Defendant in case no. 07-2167 on November 30, 2007 for delinquent contributions in the amount of $17,829.49, underpayment for the month of December 2004 in the amount of $242.85, penalties and interest in the amount of $1,742.26, and attorneys fees and costs in the amount of $2,026.00.

7. Plaintiff requests the Court turn over said bond to Plaintiffs pursuant to Fed.R.Civ.P. 69, applicable State law at 735 ILCS 5/2-1402, and Illinois Supreme Court Rule 277.

8. Fed.R.Civ.P. 69(a) provides for "proceedings supplementary to and in aid of a judgment, and in proceedings on and in aid of execution shall be in accordance with the practice and procedure of the state in which the district court is held . . ."

9. Under 735 ILCS 5/2-1402, "the judgment or balance due becomes a lien when a citation is served in accordance with subsection (a) of this Section. The lien binds nonexempt property, including money . . . as follows" (1) when the citation is directed against the judgment debtor, upon all personal property belonging to the judgment debtor in the possession or control of the judgment debtor or which may thereafter be acquired or come due to the judgment debtor . . ." 735 ILCS 5/2-1402(m).

10. Pursuant to 735 ILCS 5/2-1402(c)(3), this Court has the power to compel any person cited to deliver up any assets so discovered.

11. Defendant has not contested that the citation served on K.M. Electrical, Inc. was not in accordance with 735 ILCS 5/2-1402(a) nor has Defendant argued that the cash bond now held by the District Court is exempt from a citation proceeding (See 735 ILCS 5/2-1402(b)(5)).

12. Therefore, Plaintiffs now move for this Court to turn over said assets, now being held by the Court as a cash bond, to the Plaintiffs to be applied to the contributions owed to the Plaintiff in the 07-2167 judgment entered by this Court on November 30, 2007.

WHEREFORE Plaintiff respectfully moves for the turnover of said assets to the Plaintiff now held as a cash bond to satisfy, in part, the 2007 judgment against Defendant and in favor of the Plaintiff.

NECA-IBEW WELFARE TRUST FUND,
Plaintiff,
By:     s/ John A. Wolters
       JOHN A. WOLTERS
       **CAVANAGH & O'HARA**
       407 East Adams
       P.O. Box 5043
       Springfield, IL 62705
       Telephone: (217) 544-1771
       Facsimile: (217) 544-5236
       johnwolters@cavanagh-ohara.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing instrument was served upon each of the addressees hereinafter set forth by enclosing the same in an envelope plainly addressed to each of said addressees affixing first-class postage thereto and depositing the same with the United States Mail at Springfield, Illinois on the 12th day of May, 2008:

>Kenan Muehlbauer
>K.M. Electrical, Inc.
>3128 Allens Lane
>Evansville, IN 47724

and that the original was filed with the Clerk of the Court in which said cause is pending.

>By:       s/ John A. Wolters
>JOHN A. WOLTERS
>**CAVANAGH & O'HARA**
>407 East Adams
>P.O. Box 5043
>Springfield, IL 62705
>Telephone: (217) 544-1771
>Facsimile: (217) 544-5236
>johnwolters@cavanagh-ohara.com