E-FILED
Monday, 02 June, 2008  02:51:13 PM
Clerk, U.S. District Court, ILCD

United States District Court
Central District of Illinois
Office Of The Clerk
201 S. Vine Street
Urbana, IL  61802

May  27,  2008

RE:Case No. 2:05-cv-2228  &  2:07-cv-2167

Magistrate Judge David G. Bernthal,

I would to respectfully request the Hearing for Motion to Turn Over Assets and the $3000.00 bond money be delayed for 30 days until I finish preparing my asset list & I get the 2007 KM Electrical Inc. taxes filed.

Reguards,

Kenan Muehlbauer

FILED
JUN 02 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS