IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| NECA-IBEW WELFARE TRUST FUND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 05-2228 |
| | ) | No. 07-2167 |
| K.M. ELECTRICAL, INC., | ) | |
| an Indiana corporation, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER OF TURNOVER

This cause comes before the Court upon Plaintiff's, NECA-IBEW WELFARE TRUST FUND's Citation to Discover Assets in Case No. 05-2228 and Plaintiff's Motion to Turnover Assets (#13) in Case No. 07-2167. That motion **(#13)** is **GRANTED** and the Court finds that the United States District Court for Southern Indiana now holds $3,000 as a bond, submitted by the Defendant K.M. ELECTRICAL, INC., subsequent to a Writ of Attachment. Defendant, K.M. ELECTRICAL, INC., having appeared at the Citation hearing, and a hearing on the Plaintiff's Motion, had no objection to Plaintiff's Motion.

IT IS THEREFORE ORDERED that the $3,000, now being held by the United States District Court for the Southern District of Indiana, be turned over to the Plaintiff, NECA-IBEW WELFARE TRUST FUND through its attorneys, Cavanagh & O'Hara.

ENTER this 30th day of July, 2008.

s/ DAVID G. BERNTHAL
U.S. MAGISTRATE JUDGE